# Third District Court of Appeal

## State of Florida

Opinion filed December 9, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D20-0096 & 3D20-0094
Lower Tribunal No. 17-1040
_____

**Luiz Carneiro,**

Appellant/Cross-Appellee,

vs.

**Meridian Trust Company, etc., et al.,**

Appellees/Cross-Appellants,

and

**Centennial Asset Mining Fund, LLC., et al.,**

Appellees.

Appeals from non-final orders from the Circuit Court for Miami-Dade County, William Thomas, Judge.

GST LLP, and Katherine Alena Sanoja and Rodney Quinn Smith, II, for appellant/cross-appellee.

Aballí, Milne, Kalil, P.A., and Craig P. Kalil, and Hendrik G. Milne, for appellees/cross-appellants.

Bilzin Sumberg Baena Price & Axelrod, LLP, and Jose M. Ferrer and Desiree E. Fernandez; Reed Smith, LLP, and Ana Maria Barton, Sujey S. Herrera, and Edward M. Mullins; DLA Piper LLP (US), and Harout J. Samra; Santini Law, and Sean R. Santini; Stack Fernandez & Harris, P.A., and Brian J. Stack; Squire Patton Boggs (US) LLP, and Alvin B. Davis, for appellees.

Before LOGUE, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.